**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ISABEL SHELL,

             Respondent

        v.

BRADLEY M. SHELL, ADMINISTRATOR
OF THE ESTATE OF PAUL LEE SHELL,
DECEASED,

             Petitioner

: No. 2 MAL 2024
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.